UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNETTE COOKS, an individual; and ALWENA FRAZIER, an individual; for themselves and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>TNG GP, a Delaware General Partnership; THE NEWS GROUP, INC., a Delaware Corporation; SELECT MEDIA SERVICES, L.L.C., a Delaware Limited Liability Company, and, DOES 1 through 10, inclusive,<br><br>   Defendants. | CASE NO.  2:16-CV-02113-KJM-KJN<br><br>**REPRESENTATIVE ACTION**<br><br>**ORDER STAYING CASE PENDING MEDIATION**<br><br>Action Filed:    July 11, 2016<br>Case Removed:   September 2, 2016<br>Trial date:      None set |

Having read and considered the Parties' Stipulation to stay this action pending mediation, and finding good cause therefore, the Court hereby GRANTS the stipulation and STAYS this action until February 17, 2017.

**IT IS SO ORDERED**.

Dated:  September 27, 2016

_____
UNITED STATES DISTRICT JUDGE