UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNETTE COOKS, an individual; and ALWENA FRAZIER, an individual; for themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TNG GP, a Delaware General Partnership; THE NEWS GROUP, INC., a Delaware Corporation; SELECT MEDIA SERVICES, L.L.C., a Delaware Limited Liability Company, and, DOES 1 through 10, inclusive,<br><br>Defendants. | No. 2:16-cv-02113-KJM-KJN |
| AUDREY L. BROWN, et al,<br><br>Plaintiffs,<br><br>v.<br><br>SELECT MEDIA SERVICES, L.L.C., et al.,<br><br>Defendants. | No. 2:16-cv-3036-KJM-AC<br><br>**RELATED CASE ORDER** |

1

| | |
|---|---|
| 1 | Examination of the above-captioned actions reveals that they are related within the |
| 2 | meaning of Local Rule 123(a). Here, both actions involve the same defendants, "are based on the |
| 3 | same or a similar claim," and "both actions involve similar questions of fact and the same |
| 4 | question[s] of law and their assignment to the same Judge or Magistrate Judge is likely to effect a |
| 5 | substantial savings of judicial effort." Local Rule 123(a)(1), (3). Additionally, not relating these |
| 6 | actions would "entail substantial duplication of labor if the actions were heard by different . . . . |
| 7 | Magistrate Judges." Local Rule 123(a)(4). Accordingly, the assignment of these matters to the |
| 8 | same magistrate judge is likely to effect a substantial savings of judicial effort and is likely to be |
| 9 | convenient for the parties. |

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge—it does not consolidate the actions. Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first-filed action was assigned. Because Case No. 2:16-cv-3036-KJM-AC was related previously to Case No. 2:16-cv-1160-KJM-AC, the first-filed action here is 2:16-cv-1160-KJM-AC. *See Cooks et al. v. Select Media Services, L.L.C. et al.*, No. 2:16-cv-1160-KJM-AC, ECF No 37.

As a result, it is hereby ORDERED that Case No. 2:16-cv-2113-KJM-KJN is reassigned from Magistrate Judge Kendall J. Newman to Magistrate Judge Allison Claire. The caption on documents filed in the reassigned case shall be shown as: No. 2:16-cv-2113-KJM-AC.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: July 31, 2018.

_____
UNITED STATES DISTRICT JUDGE